APPEAL No. 76-323. JACENTO ROSA *et al. v.* JOHN OLIVEIRA. The defendant's motion for permission to appeal to the Federal Court is denied, since no permission is required from this court. The defendant's motion for unlimited time to file his brief is denied and the brief shall be filed on or before June 20, 1977. *Hodosh, Spinella, Hodosh & Angelone, Gerard McGovern DeCelles,* for plaintiffs. *John Oliveira,* pro se, defendant.

APPEAL No. 76-343. HERBERT H. WALKER *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. The petitioner's motion to dismiss the respondent's appeal is denied. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Ambrose W. Carroll,* for respondent.

APPEAL No. 76-389. EMIL PELOQUIN *et al. v.* MICHAEL CIACCIA *et al.* The plaintiffs' motion to affirm the judgment below pursuant to Rule 16(g) is denied. *Steven Dreeszen,* for plaintiffs. *A. Anthony Susi, David J. McOsker,* for defendants.

APPEAL No. 76-400. FIREMAN'S FUND INSURANCE COMPANY *v.* E. W. BURMAN, INC. The defendant's motion for an extension of time to file its brief is granted. The brief shall be filed on or before June 20, 1977. *Higgins, Cavanagh & Cooney, Kenneth P. Borden, Joseph V. Cavanagh,* for plaintiff. *Alan P. Cusick,* for defendant.

APPEAL No. 76-415. JOHN A. ADAMS *et al. v.* UNITED DEVELOPERS, INC. *et al.* The defendants' motion for an extension of time for filing their brief is denied as moot. *Breslin, Sweeney & Gordon, David F. Sweeney,* for plaintiffs. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen,* for United Developers, Inc., *Manning, West, Santaniello & Pari, Joseph T. Pari,* for Prestige Homes, Inc., for defendants.